AO 91 ( Rev. 5/85) Criminal Complaint

**FILED**

# United States District Court

**Western** DISTRICT of **Texas**

MAR 1 8 2022

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

United States of America
V.

Aldo Elian Pena Avila

(Name of Defendant)

**Criminal Complaint**
Case Number: DR22- 579mrv1

I, the undersigned complainant being sworn state the following is true and correct to the best of my knowledge and belief. On or about <u>March 17, 2022</u>, in Maverick County, in the <u>Western District of Texas,</u> the defendant(s) did, (Track Statutory Language of Offense)

knowingly and willfully make false, fictitious, or fraudulent statements or representations to United States Customs and Border Protection Officers.

in violation of Title __18__ United States Code, Section(s) __1001__.

I further state that I am a(n) <u>Customs & Border Protection Enforcement Officer</u> and that this complaint is based on the following facts:

On March 17, 2022, at the Camino Real International Bridge II in Eagle Pass, Texas, the defendant, Aldo Elian Pena Avila, did knowingly and willfully make false, fictitious, and fraudulent statements and representations as to material facts to Customs and Border Protection Officers by falsely claiming to be a United States citizen. The defendant then presented to Customs and Border Protection Officers a United States Passport bearing the name of Jose Luis Corral to substantiate his claim. The defendant is a citizen of Mexico who does not own or possess any legal documents to enter, reside, or remain in the United States.

Continued on the attached sheet and made a part hereof: ___Yes  XX  No

Rolando Morales                                CBPOE
Signature of Complainant

Sworn to before me and subscribed in my presence,

_____March 18, 2022_____           at           Del Rio, Texas
           Date                                                City and State

Victor R. Garcia U.S. Magistrate Judge
Name and Title of Judicial Officer

Signature of Judicial Officer